**MARILEE MARSHALL**
State Bar No. 101046
**JENNIFER PEABODY**
State Bar No. 198746
**MARILEE MARSHALL & ASSOCIATES, INC.**
Attorneys at Law
523 W. Sixth Street
Suite 1109
Los Angeles, CA 90014

(213) 489-7715

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HOUSTON, | No. C-07-04511 RMW |
| Petitioner, | |
| v. | PETITIONER'S STATUS REPORT |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

Pursuant to this Court's Order dated September 28, 2007, petitioner submits the following status report regarding the status of his Petition for Writ of Habeas Corpus pending in the state courts. Counsel is submitting the Status Report one week early as counsel will be out of the country at the time the Status Report is due. Petitioner filed a Petition for Writ of Habeas Corpus in the Alameda County Superior Court on June 4, 2007. On June 21, 2007, the Alameda County Superior Court ordered the District Attorney to file an Informal Response on or before July 6, 2007. The District Attorney has requested and received four extensions of time. The Informal Response is currently due on November 30, 2007. As of this date, counsel for petitioner is unsure of whether the District Attorney will, in fact, file its response on that date or whether another

PETITIONER'S STATUS REPORT 1                                                                 1

extension will be sought. If the Informal Response is filed, petitioner will have 15 days from the date of service to file an Informal Reply. Petitioner may need an extension of time to file the Informal Reply depending on the contents of the District Attorney's Response.

Dated: November 21, 2007           Respectfully submitted,

                                             MARILEE MARSHALL & ASSOCIATES

                                             By:

                                                      /s/ Jennifer Peabody
                                                      JENNIFER PEABODY
                                                      Attorney for Petitioner

PETITIONER'S STATUS REPORT 1                                                                 2