**MARILEE MARSHALL**
State Bar No. 101046
**JENNIFER PEABODY**
State Bar No. 198746
**MARILEE MARSHALL & ASSOCIATES, INC.**
Attorneys at Law
523 W. Sixth Street
Suite 1109
Los Angeles, CA 90014

(213) 489-7715

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HOUSTON, | No. C-07-04511 RMW |
| Petitioner, | |
| v. | PETITIONER'S STATUS REPORT |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

Pursuant to this Court's Order dated September 28, 2007, petitioner submits the following status report regarding the status of his Petition for Writ of Habeas Corpus pending in the state courts. Petitioner filed a Petition for Writ of Habeas Corpus in the Alameda County Superior Court on June 4, 2007. On June 21, 2007, the Alameda County Superior Court ordered the District Attorney to file an Informal Response on or before July 6, 2007. On January 3, 2008, the District Attorney for Alameda County filed an Informal Response. Petitioner filed his Informal Reply on January 9, 2008. As of this date, the Superior Court has issued no further orders. As if the date of this status report, the Petition for Writ of Habeas Corpus remains pending in the Superior Court for

///

PETITIONER'S STATUS REPORT 2                                                                                     1

1  Alameda County.

2  Dated: January 17, 2008				Respectfully submitted,

3								MARILEE MARSHALL & ASSOCIATES

4								By:

5								/s/ Jennifer Peabody
								JENNIFER PEABODY
6								Attorney for Petitioner

28 PETITIONER'S STATUS REPORT 2						2