**MARILEE MARSHALL**
State Bar No. 101046
**JENNIFER PEABODY**
State Bar No. 198746
**MARILEE MARSHALL & ASSOCIATES, INC.**
Attorneys at Law
523 W. Sixth Street
Suite 1109
Los Angeles, CA 90014

(213) 489-7715

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HOUSTON, | No. C-07-04511 RMW |
| Petitioner, | |
| v. | PETITIONER'S STATUS REPORT |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

Pursuant to this Court's Order dated September 28, 2007, petitioner submits the following status report regarding the status of his Petition for Writ of Habeas Corpus pending in the state courts. Petitioner filed a Petition for Writ of Habeas Corpus in the Alameda County Superior Court on June 4, 2007. On February 21, 2008, the Honorable Larry Goodman issued an Order denying the Petition for Writ of Habeas Corpus. The ruling was mailed to counsel on the same date. On February 25, 2008, counsel received a copy of the Superior Court's Order and immediately began preparing a writ to be filed in the California Court of Appeal, First Appellate District, Division Two. On March 3, 2008, petitioner filed a Petition for Writ of Habeas Corpus and Exhibits in Support of the Petition for Writ of Habeas Corpus in the California Court of Appeal, First Appellate

PETITIONER'S STATUS REPORT 3                                                                 1

1 District, Division Two. As of this date, the Petition remains pending in the Court of
2 Appeal.
3 Dated: March 14, 2008          Respectfully submitted,
4                                        MARILEE MARSHALL & ASSOCIATES
5                                        By:
6                                        /s/ Jennifer Peabody
                                       JENNIFER PEABODY
7                                        Attorney for Petitioner

28 PETITIONER'S STATUS REPORT 3                                                                          2