1  **MARILEE MARSHALL**
State Bar No. 101046
2  **JENNIFER PEABODY**
State Bar No. 198746
3  **MARILEE MARSHALL & ASSOCIATES, INC.**
Attorneys at Law
4  523 W. Sixth Street
Suite 1109
5  Los Angeles, CA 90014

6  (213) 489-7715

7  Attorneys for Petitioner

8  ## IN THE UNITED STATES DISTRICT COURT

9  ## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  RAYMOND HOUSTON,                    )    No. C-07-04511 RMW
                                        )
12              Petitioner,             )
                                        )
13  v.                                  )    PETITIONER'S STATUS
                                        )    REPORT
14  ROBERT J. HERNANDEZ, Warden,        )
                                        )
15              Respondent.             )
    _____ )

16

17          Pursuant to this Court's Order dated September 28, 2007, petitioner submits the

18  following status report regarding the status of his Petition for Writ of Habeas Corpus

19  pending in the state courts.  Petitioner filed a Petition for Writ of Habeas Corpus in the

20  Alameda County Superior Court on June 4, 2007.   On February 21, 2008, the Honorable

21  Larry Goodman issued an Order denying the Petition for Writ of Habeas Corpus.  The

22  ruling was mailed to counsel on the same date.  On February 25, 2008, counsel received a

23  copy of the Superior Court's Order and immediately began preparing a writ to be filed in

24  the California Court of Appeal, First Appellate District, Division Two.  On March 3,

25  2008, petitioner filed a Petition for Writ of Habeas Corpus and Exhibits in Support of the

26  Petition for Writ of Habeas Corpus in the California Court of Appeal, First Appellate

27

28  PETITIONER'S STATUS REPORT 5                                             1

District, Division Two.  On March 17, 2008, the Court of Appeal denied the Petition.  On April 16, 2008, petitioner filed a new Petition for Writ of Habeas Corpus in the California Supreme Court (Case No. S162737).  As of this date, the California Supreme Court has not issued a ruling on the Petition.

Dated: July 10, 2008                    Respectfully submitted,

                                        MARILEE MARSHALL & ASSOCIATES

                                        By:

                                             /s/ Jennifer Peabody
                                             JENNIFER PEABODY
                                             Attorney for Petitioner

PETITIONER'S STATUS REPORT 5                                                     2