**MARILEE MARSHALL**
State Bar No. 101046
**JENNIFER PEABODY**
State Bar No. 198746
**MARILEE MARSHALL & ASSOCIATES, INC.**
Attorneys at Law
523 W. Sixth Street
Suite 1109
Los Angeles, CA 90014

(213) 489-7715

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HOUSTON, ) | No. C-07-04511 RMW |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | PETITIONER'S STATUS |
| ) | REPORT |
| ROBERT J. HERNANDEZ, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

     Pursuant to this Court's Order dated September 28, 2007, petitioner submits the following status report regarding the status of his Petition for Writ of Habeas Corpus pending in the state courts. Petitioner filed a Petition for Writ of Habeas Corpus in the Alameda County Superior Court on June 4, 2007. On February 21, 2008, the Honorable Larry Goodman issued an Order denying the Petition for Writ of Habeas Corpus. The ruling was mailed to counsel on the same date. On February 25, 2008, counsel received a copy of the Superior Court's Order and immediately began preparing a writ to be filed in the California Court of Appeal, First Appellate District, Division Two. On March 3, 2008, petitioner filed a Petition for Writ of Habeas Corpus and Exhibits in Support of the Petition for Writ of Habeas Corpus in the California Court of Appeal, First Appellate

PETITIONER'S STATUS REPORT 6                                                    1

1 | District, Division Two. On March 17, 2008, the Court of Appeal denied the Petition. On
2 | April 16, 2008, petitioner filed a new Petition for Writ of Habeas Corpus in the California
3 | Supreme Court (Case No. S162737). As of this date, the California Supreme Court still
4 | has not issued a ruling on the Petitioner

Dated: September 9, 2008                    Respectfully submitted,

                                            MARILEE MARSHALL & ASSOCIATES

                                            By:

                                                /s/ Jennifer Peabody
                                                JENNIFER PEABODY
                                                Attorney for Petitioner

PETITIONER'S STATUS REPORT 6                                              2