IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RAYMOND HOUSTON,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT J. HERNANDEZ,**<br><br>Respondent. | Case No. C 07-04511 RMW (PR)<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER TO ORDER TO SHOW CAUSE** |

For good cause shown, the time for the serving and filing of respondent's responsive pleading in this case is extended to and including February 21, 2010. Petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of the date the pleading is filed.

Dated: January 20, 2010

*/s/ Ronald M. Whyte*
THE HON. RONALD M. WHYTE
United States District Judge