1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

**RAYMOND HOUSTON,**

Case No. C 07-04511 RMW

12

Petitioner,

13

v.

14

15

**ROBERT J. HERNANDEZ,**

**ORDER GRANTING
RESPONDENT'S EX PARTE
APPLICATION FOR SECOND
ENLARGEMENT OF TIME TO FILE
ANSWER TO ORDER TO SHOW
CAUSE**

16

Respondent.

17
18

For good cause shown, the time for the serving and filing of respondent's responsive

19

pleading in this case is extended to and including September 17, 2010.  Petitioner shall file with

20

the Court and serve on respondent an opposition or statement of non-opposition within 30 days of

21

the date the pleading is filed.

22
23

Dated:  August 19, 2010

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United Stated District Court Judge

24
25
26
27
28