IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND HOUSTON,**<br><br>                                          Petitioner,<br><br>     v.<br><br>**ROBERT J. HERNANDEZ,**<br><br>                                          Respondent. | Case No. C 07-04511 RMW<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR THIRD ENLARGEMENT OF TIME TO FILE ANSWER TO ORDER TO SHOW CAUSE** |

   For good cause shown, the time for the serving and filing of respondent's responsive pleading in this case is extended to and including September 24, 2010.  Petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of the date the pleading is filed.

Dated:  September 16, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United Stated District Court Judge