1 **JENNIFER PEABODY**
State Bar No. 198746
2 **FERIA & CORONA**
Attorneys at Law
3 10 Universal City Plaza
Suite 2000
4 Universal City, CA 91608

5 (818) 905-0903

6 Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HOUSTON, | No. C-07-04511 RMW |
| Petitioner, | |
| v. | ORDER |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** petitioner's application for an extension of time to file his Reply to Respondent's Answer to the Petition for Writ of Habeas Corpus is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Petitioner is granted to and including November 22, 2010 to file his Traverse.

Dated: 10/21/10

_____/s/ Ronald M. Whyte_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES MAGISTRATE JUDGE