1 **JENNIFER PEABODY**
State Bar No. 198746
2 **CORONA & PEABODY**
617 S. Olive Street
3 Suite 810
Los Angeles, CA 90014
4
(213) 488-0022
5
Attorneys for Petitioner
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND HOUSTON, | ) | No. C-07-04511 RMW |
| Petitioner, | ) | |
| v. | ) | ORDER |
| ROBERT J. HERNANDEZ, Warden, | ) | |
| Respondent. | ) | |

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**

petitioner's application for an extension of time to file his Reply to Respondent's Answer

to the Petition for Writ of Habeas Corpus is **GRANTED.**

**IT IS FURTHER ORDERED THAT** Petitioner is granted to and including

December 22, 2010 to file his Reply.

Dated: 11/18/2010

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE